Conal Doyle, Cal. Bar #227554
WILLOUGHBY DOYLE LLP
1814 Franklin Street, Suite 800
Oakland, CA 94612
(510) 451-2777
fax: (510) 835-1050
conal@willoughbydoyle.com

Adele Kimmel
PUBLIC JUSTICE, P.C.
1825 K Street, NW
Suite 200
Washington, DC 20006
(202) 797-8600
fax: (202) 232-7203
akimmel@publicjustice.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YANIRA CASTANEDA, et al.,<br>Plaintiffs,<br>vs.<br>THE UNITED STATES OF AMERICA, et al.,<br>Defendants. | Case No.: CV07-07241 DDP (JCx)<br><br>**SUPPLEMENTAL DECLARATION OF CONAL DOYLE IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND**<br><br>Hearing Date: June 29, 2009<br>Hearing Time: 11:30 a.m.<br>Hearing Location: Courtroom 3<br>Honorable Dean D. Pregerson |

I, CONAL DOYLE, declare under the penalty of perjury, as follows:

1. I am lead counsel for Plaintiffs in this matter.

2. Attached as Exhibits 1 and 2 to this Declaration are true and correct copies of the Final Orders on Defendant's Motion for Summary

Judgment and Motion for Judgment on the Pleadings filed in the Los Angeles Superior Court on June 24, 2009.

/s/ Conal Doyle

By: CONAL DOYLE
Attorney for Plaintiff