PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 10, 2009 served **DEFENDANT UNITED STATES OF AMERICA'S ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT** on persons or entities named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business within the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: August 10, 2009. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(is) To Whom Mailed

**Cary M Feldman**
**Feldesman Tucker Leifer Fidell LLP**
**2001 L Street NW, Second Floor**
**Washington, DC 20036**

**David P Sheldon**
**David P Sheldon Law Offices,PLLC**
**512 8th Street, SE**
**Washington, DC 20003**

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on: August 10, 2009 at Los Angeles, California.

/S/ Massey Naimiakbar

Massey Naimiakbar