**CREASON & AARVIG, LLP**
32 Executive Park, Suite 105
Irvine, CA 92614
(949) 757-1085 - Tel.
(949) 757-1185 - Fax

JAMES A . CREASON, ESQ. - State Bar No.: 079916
JCreason@creasonandaarvig.com
LARRY A. DUNLAP, ESQ. - State Bar No.: 084794
LDunlap@creasonandaarvig.com             NO JS-6

Attorneys for Defendant,
DANIEL HUNTING, M.D.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANIRA CASTANEDA, as personal representative of the ESTATE OF FRANCISCO CASTANEDA; VANESSA CASTANEDA, as heir and beneficiary of the Estate, by and through her mother and guardian, LUCIA PELAYO,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE UNITED STATES OF AMERICA, CALIFORNIA, GEORGE MOLINAR, in his individual capacity, CHRIS HENNEFORD, in his individual capacity, et al.<br><br>        Defendants. | **CASE NO. CV07-07241 DDP (JCx)**<br><br>**JUDGMENT BY COURT UNDER FRCP 56** |

/ / /

This court, having on March 23, 2011 granted the motion for summary judgment filed by Defendant DANIEL HUNTING, M.D., and having ordered entry of judgment as requested in said motion,

IT IS ORDERED, ADJUDGED AND DECREED:

That Plaintiffs, YANIRA CASTANEDA, as personal representative of the ESTATE OF FRANCISCO CASTANEDA, and VANESSA CASTANEDA, as heir and beneficiary of the Estate, by and through her mother and guardian, LUCIA PELAYO, shall take nothing, and that Defendant, DANIEL HUNTING, M.D. shall be entitled to judgment against said Plaintiffs.

DATED: April 03, 2014     _____
                           UNITED STATES DISTRICT JUDGE